41 A.3d 1280

Reginald HOGGARD, Petitioner

v.

UNEMPLOYMENT COMPENSATION BOARD
OF REVIEW, Respondent.

No. 158 EM 2011.

Supreme Court of Pennsylvania.

April 10, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 10th day of April, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**